FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:16 CR 00099 DPM |
| | ) | |
| COURTNEY DANIELS | ) | 18 U.S.C. § 922(g)(1) |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Prior to April 12, 2015, Defendant,

COURTNEY DANIELS,

had previously been convicted in Pulaski County Circuit Court of commercial burglary (case no. 60CR-13-204), a crime punishable by a term of imprisonment exceeding one year.

On or about April 12, 2015, in the Eastern District of Arkansas, Defendant,

COURTNEY DANIELS,

knowingly possessed a firearm in and affecting commerce, to wit: a Ruger, model LCP, .380 caliber, semiautomatic handgun, bearing serial number 371190223.

All in violation of Title 18, United States Code, Section 922(g)(1).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]