```
                                                                   1

              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION


UNITED STATES OF AMERICA,       .
                                . Docket No. 4:16-CR-00099-DPM
PLAINTIFF,                      .
                                . Little Rock, Arkansas
VS.                             . May 17, 2016
                                . 2:15 P.M.
COURTNEY DANIELS,               .
                                .
DEFENDANT.                      .
. . . . . . . . . . . . . . . . .




                          TRANSCRIPT OF

                       PLEA AND ARRAIGNMENT

                BEFORE THE HONORABLE J. THOMAS RAY

                   UNITED STATES MAGISTRATE JUDGE



ELECTRONIC COURT RECORDER-OPERATOR:  Ms. Sherry Justice


Transcription Service:          Robin Warbritton
                                Post Office Box 262
                                Vilonia, AR  72173



PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1  APPEARANCES:

 2  For the Government:      Ms. Kristin Bryant
                             U.S. Attorney's Office
 3                           Eastern District of Arkansas
                             Post Office Box 1229
 4                           Little Rock, AR   72203-1229

 5  For the Defendant:       Ms. Latrece E. Gray
                             Federal Public Defenders Office
 6                           The Victory Building
                             1401 West Capitol Avenue
 7                           Suite 490
                             Little Rock, AR   72201
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2        (Call to order of the Court.)
 3            THE COURT:  Good afternoon.
 4            MS. BRYANT:  Good afternoon.
 5            MS. GRAY:  Good afternoon.
 6            THE COURT:  We are here this afternoon for plea and
 7   arraignments on indictments that have been returned by the
 8   Grand Jury for the Eastern District of Arkansas.
 9            Before we proceed any further, I'd like to have our
10   interpreter sworn.  Is our interpreter here?
11            THE INTERPRETER:  Yes, Your Honor.
12            THE COURT:  Please come forward.
13        INTERPRETER SWORN.
14            THE COURT:  And if you would, please, go in the jury
15   box and sit next to Mr. Cid Perez.  I believe that he needs an
16   interpreter.  And if you would interpret for him as I go
17   through this initial portion of plea and arraignment.
18            All right.  Will you be able to lean forward and
19   interpret for him from there?
20            THE INTERPRETER:  [No audible response.]
21            THE COURT:  All right. During today's proceedings,
22   I'm going to call each one of your cases individually.
23            Would you like for him to sit next to you in the
24   chair?  Would that be better?
25            THE INTERPRETER:  Yes, Your Honor.
```

1       THE COURT:  Okay.  Maybe if you moved over one and
2  then he sat next to you there.  That's fine.
3       During today's proceedings, I'm going to call each
4  one of your cases individually.  When you hear your case
5  called, please come forward to the lectern with your attorney.
6  I will then advise you of the charges that have been filed
7  against you, certain rights that you have in protecting
8  against those charges.
9       If you need court appointed counsel, I'll be sure
10 that counsel is appointed for you.
11      I'll then let you know the date that your case has
12 been scheduled for trial.
13      Before I call your individual cases, there are two
14 things that are going to be important for each of you to know,
15 because they apply in each of your cases.
16      First, I'm required to tell you, when I call your
17 individual case, the maximum statutory penalty that's
18 associated with each charge in the indictment.  Remember, this
19 is the maximum statutory penalty.  It does not reflect the
20 actual charge [sic] -- the actual sentence you would receive
21 if you're found guilty or you plead guilty.  Your actual
22 sentence will be decided by your sentencing judge, applying
23 the Federal Sentencing Guidelines.  And you can talk with your
24 attorney about how those guidelines would affect any actual
25 sentence that might be imposed in your case.

1       Second, each of you, for purposes of this hearing,
2  has the right to remain silent.  If you give up that right,
3  anything that you say can be used against you in this
4  proceeding or in any future proceedings.
5       And as I've indicated, you each also have the right
6  to counsel and to ask that I appoint counsel for you if you
7  cannot afford an attorney.
8       My last instruction is directed to the lawyers.  The
9  judges to whom each of these cases have been assigned will be
10 getting out a discovery order in the near future.  Please be
11 sure to comply with all the deadlines in that order.
12      Our first case this afternoon is *United States of*
13 *America v. Courtney Daniels*, case number 4:16-CR-99.  Mr.
14 Daniels, please come forward to the lectern.
15      Good afternoon, Ms. Gray.
16      MS. GRAY:  Good afternoon, Judge.
17      THE COURT:  Mr. Daniels, the Grand Jury for the
18 Eastern District of Arkansas has charged you in a one count
19 indictment with being a felon in possession of a firearm in
20 violation of 18 U.S.C. § 922(g)(1).  This count in the
21 indictment exposes you to a maximum statutory penalty of not
22 more than ten years in prison, a fine of 250,000 dollars, or
23 both, followed by not more than three years of supervised
24 release.
25      I've reviewed your financial affidavit.  Based on

1 that financial affidavit, I find you qualify for court
2 appointed counsel.  And I'm going to appoint Ms. Latrece Gray,
3 in fact, as your attorney in this matter.
4          Ms. Gray, do you accept the obligation of
5 representing Mr. Daniels?
6          MS. GRAY:  Yes, Your Honor.
7          THE COURT:  And in anticipation of your appointment,
8 have you gone over the charge in the indictment with your
9 client?
10         MS. GRAY:  I have, Your Honor.  We'd waive reading of
11 the indictment, enter a not guilty plea, and request a jury
12 trial.
13         THE COURT:  Very well.  That will be duly noted.
14         This case has been assigned for trial to Judge
15 Marshall.  He has set the case for trial on June the 27th at
16 9:30 a.m. in courtroom B155.
17         I'm going to ask my Courtroom Deputy to now provide
18 Counsel and the Defendant with the only notice they'll receive
19 regarding the date this matter has been scheduled for trial.
20         What is the Government's position on the question of
21 bond in this case?
22         MS. BRYANT:  Your Honor, we have no objection to his
23 release, although it's my understanding that he's currently in
24 state custody.
25         THE COURT:  Ms. Gray, help me on his custodial

1  status, because that was something that I was having some
2  difficulty understanding.  What's he currently being held on,
3  what charges?
4        MS. GRAY:  Your Honor, it's my understanding that
5  he's being held on some unrelated state charges.  I'm not real
6  clear what those charges are, but there's a bond set in state
7  court and he's not made his bond yet.
8        THE COURT:  Okay.  Let's do this.  He's got pending
9  state charges and he's been unable to make bond.  It would
10 really not accomplish anything for me to set bond for him in
11 this case until he's made bond in the state case.  I think,
12 based on his criminal history and other factors, this is
13 clearly a case where bond could be set on this federal charge.
14       MS. GRAY:  Okay.
15       THE COURT:  But we need to get those state charges
16 taken care of.  So, if you would work to see if any
17 arrangements could be made to make bond on the state charges.
18 As soon as those state charges have been resolved, let my
19 Courtroom Deputy know and we will immediately schedule a bond
20 hearing in this case.
21       MS. GRAY:  Okay.  Your Honor, his parents are here in
22 the courtroom and -- because that was a concern they had, they
23 didn't know whether or not it's going to be worth it to post
24 the bond in state court if he --
25       THE COURT:  Yes, ma'am.  If he can make bond on the

1  state charges, I don't see anything in this case, after
2  talking with the Pretrial Services Officer, that would suggest
3  that we could not also make bond for him on these federal
4  charges.
5           MS. GRAY:  Okay.  I'll contact the court then if bond
6  is made in state court.
7           THE COURT:  Okay.  Thank you very much.
8           All right.  Mr. Daniels, I am going to remand you
9  back to the custody of the United States Marshals.  As soon as
10 you have made arrangements for a bond on the state charges,
11 you'll be brought back to federal court and we will -- do you
12 know, Ms. Gray, the amounts we're dealing with there in terms
13 of what -- what's got to be done in state court?
14          MS. GRAY:  I'm talking to his family.  Do you all
15 know?
16          UNIDENTIFIED:  I believe it's about 25,000.
17          MS. GRAY:  25,000.
18          THE COURT:  All right.  Once those arrangements have
19 been made on -- on those bonds, Mr. Daniels, you'll be
20 promptly brought back to federal court and at that point we'll
21 set a O.R. bond for you.
22          Anything further for the Government in this matter?
23          MS. BRYANT:  No, Your Honor.
24          THE COURT:  For the Defense?
25          MS. GRAY:  No, Your Honor.

9

1         THE COURT:  Very well.  You may stand aside.
2         MS. GRAY:  Thank you.
3      (Adjournment at 2:19 p.m.)
4         ELECTRONIC SOUND RECORDING CERTIFICATION:
5  I, court approved transcriber, certify that the foregoing is a
6  correct transcript from the official electronic sound
7  recording of the proceedings in the above-entitled matter.
8
9  /s/Robin Warbritton                August 15, 2016
   Signature of Approved Transcriber  Date
10
11 Robin Warbritton
   Typed or Printed Name
12