UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:16CR00099-DPM |
| | ) | |
| | ) | |
| COURTNEY DANIELS | ) | DEFENDANT |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant, Courtney Daniels, by and through his attorney, Latrece Gray, and for his Motion to Modify Conditions of Pretrial Release, states:

1. Defendant was released, subject to conditions by Hon. Volpe on August 19, 2016;

2. These conditions included that he be placed on home detention –with an exception for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other activities approved in advance by the pretrial services officer; submit to location monitoring, and he was given 14 days to obtain employment. *See ECF Document #19, Order Setting Conditions of Release;*

3. Defendant has obtained employment with RedStone Construction as a construction crew member. However, his job duties require him to travel out of town but within the state for days or weeks at a time. Presently, Defendant is needed for a job in Mena and Stuttgart, Arkansas. He will be transported

by his boss, **Mark Word, 501-539-0830.** Defendant will not have access to a vehicle while working out of town.

4. Defendant is also participating in substance abuse treatment at the direction of his probation officer. He receives treatment at Recovery Centers of Arkansas, but his work hours will not allow him to meet regularly with his treatment counselor or attend his counseling sessions.

5. Defendant respectfully requests this court to either suspend the employment requirement of his conditions of pretrial release, or allow him to work out of town with RedStone Construction, and suspend his curfew and drug treatment conditions.

   WHEREFORE, the Defendant, Courtney Daniels, respectfully requests that this Court grant his Motion to Modify Conditions of Pretrial Release, and for all other just and appropriate relief. In the alternative, Defendant requests a hearing on this matter.

   Respectfully submitted,

   JENNIFFER HORAN
   FEDERAL DEFENDER

   By:   /s/ Latrece Gray
         Ark. Bar No. 93-028
         Assistant Federal Defender
         The Victory Building, Suite 490
         1401 West Capitol Avenue
         Little Rock, AR 72201
         Telephone: (501) 324-6113
         E-mail: latrece_gray@fd.org

   For:  Courtney Daniels, Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of October, 2016, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Alexander Morgan
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: alex.morgan@usdoj.gov.

Courtney Daniels, Defendant

                /s/Latrece Gray
                Latrece Gray