IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO. 4:16cr00099 DPM

COURTNEY DANIELS

### ORDER

The Court is in receipt of a Petition for Action on Conditions of Pretrial Release for Defendant Courtney Daniels requesting the issuance of a warrant. After a review of the Petition, I find that a warrant should be issued for Defendant to appear and show cause why his conditions of pretrial release should not be revoked. The Clerk shall issue an arrest warrant and forward it to the United States Marshal.

IT IS SO ORDERED this 12th day of January 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE