AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 17 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Courtney Daniels** | ) | Case No.   4:16-CR-99 DPM |
| | ) | |
| *Defendant* | ) | |

Received 2017 JAN 12 PM 1:02 U.S. Marshal Eastern Arkansas

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*         Courtney Daniels,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☒ Pretrial Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

Pretrial Release Violations, as further explained in the attached documents.

Date:   January 12, 2017

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK, EASTERN DIST. OF ARKANSAS
*Printed name and title*

### Return

This warrant was received on *(date)* 12 Jan 17, and the person was arrested on *(date)* 17 Jan 17
at *(city and state)* Little Rock, AR.

Date:   1-17-17

_____
*Arresting officer's signature*

_____
*Printed name and title*