## CRIMINAL CASE MINUTES

**Case Title:**        **USA vs Courtney Daniels**

**Case Number:**    **4:16cr00099 DPM**

**Before U.S. Magistrate Judge Joe J. Volpe**

**Date of hearing:   January 17, 2017**

**Time in court:    4:09 p.m. - 4:42 p.m.**

**ECRO/CRD:      Lorna Jones**

The parties appeared before Magistrate Judge Volpe for an initial appearance on a warrant issued for a revocation proceeding.  Mr. Daniels was advised of his rights and the nature of the proceeding.  The Defendant was remanded to the custody of the USM to remain detained pending the revocation hearing scheduled for Thursday, 1/19/2017 at 2:00 p.m. Court adjourned.

**AUSA:**          **Alex Morgan**

**Defense Counsel:   Latrece Gray**

**USPO:**          **Emilienne Ngampa**