**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                             No.   4:16cr00099 DPM

**COURTNEY DANIELS**

## ORDER OF DETENTION

      Counsel for the Defendant has notified the Court that Mr. Daniels waives his rights to any further hearings at this time and agree to be detained.  The Defendant is remanded to the custody of the United States Marshal Service.  While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

      SO ORDERED this 20th day of January 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE